IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Smith, William T | Case Number: 08 B 24461 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 9/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 5, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 300.00 |  |
| Secured: |  | 150.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 130.20 |
| Trustee Fee: |  | 19.80 |
| Other Funds: |  | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,824.00 | 130.20 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Condor Capital Corp | Secured | 7,950.00 | 150.00 |
| 5. | Peoples Energy Corp | Unsecured | 195.24 | 0.00 |
| 6. | Credit Union One | Unsecured | 103.48 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 24.26 | 0.00 |
| 8. | Condor Capital Corp | Unsecured | 675.45 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 32.34 | 0.00 |
| 10. | National Capital Management | Unsecured | 92.26 | 0.00 |
| 11. | National Capital Management | Unsecured | 71.69 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 52.88 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 59.09 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 3,058.37 | 0.00 |
| 15. | Allied Interstate | Unsecured | | No Claim Filed |
| 16. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Debt Credit Service | Unsecured | | No Claim Filed |
| 22. | ER Solutions | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | Riscuity | Unsecured | | No Claim Filed |
| 25. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 26. | Peoples Energy Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Smith, William T | Case Number: 08 B 24461 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 9/16/08 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 16,139.06 | $ 280.20 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 19.80 |
| | $ 19.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*